# Exhibit A

**Panel 1**

2:58

< 285  Emil

Sun, Feb 4 at 6:22 AM



Harvard Business Review on LinkedIn: The Power of Talk: Who Gets Heard and Why | 21 comm...
linkedin.com

👍

Let's catch up tomorrow

I read this article last night and it crystallized some thoughts

Mon, Feb 5 at 8:57 AM

emilmray@gmail.com

Thu, Feb 8 at 11:03 AM

I got fired.

What?

**Panel 2**

2:59

< 285  Emil

What?

Thu, Feb 22 at 4:28 PM

Hi 👋 I keep thinking about this article you sent and me getting fired. In your opinion, do you think it's related? I feel like you and Max and I pushed Josh and operating team equally hard, but my pushback and thoughts landed differently because I'm a woman and resulted in me getting fired?

I think so. I don't know how to prove any of it. But I think there is a bias.

Any other indications of bias that get your spidy sense up?

He has been pushing me to fire Nicole. Had a mtg with him last week and said I am also having some challenges with Sean. He said I should find Sean a smaller

**Panel 3**

2:59

< 285  Emil

I got fired.

I think so. I don't know how to prove any of it. But I think there is a bias.

Any other indications of bias that get your spidy sense up?

He has been pushing me to fire Nicole. Had a mtg with him last week and said I am also having some challenges with Sean. He said I should find Sean a smaller role. It seems clearly different to me the way he approached Sean vs Nicole. He then has rationales but they don't really fly with me.

Ugh. It's so weird that he comes over the top with this stuff...

Hope you are doing OK. This is not a great place to work.

Hope you sold your options and they gave you some decent severance money