# Exhibit B

    **Ashleigh Corker <ashleighcorker@gmail.com>**

## Gender Discrimination at ezCater
5 messages

**Ashleigh Corker** <ashleigh.corker@ezcater.com>                                          Tue, Feb 13 at 3:51 PM
To: Ashwin Raj <ashwin.raj@ezcater.com>
Cc: Ashleigh Corker <ashleighcorker@gmail.com>, Janine Allo <janine.allo@ezcater.com>, Diane Musi <diane.musi@ezcater.com>

Hi Ashwin,

I initially refrained from writing to you about the challenges I faced due to gender discrimination and bias at ezCater. I was attempting to address these issues directly with Josh and my HR business partner (more details below). What ultimately prompted me to contact you was that, in the past two and three weeks respectively, two individuals from the Product organization sought my advice and assistance regarding what they perceived as gender discrimination affecting female employees that they manage.

As you may or may not know, I was fired last Thursday, and so, I find myself in the "fortunate" position of being able to stand up and say something on behalf of the remaining women in the product organization. My own experience, coupled with the experience of multiple others suggests that there is a pattern of gender discrimination. I believe the gender bias within the Product and Tech org is insidious, hurting psychological safety, and the ability for the organization to build great products on behalf of our customers.

**Here is an abbreviated summary of my experience:**

- I was the first female director hired in the product organization and I believe I was the second female within the product org at that time. I recently learned that right before I was hired, Josh had been given the feedback that he needed to "hire more females."
- On June 5th, 2024 I was told by Josh, "to smile more" and "be more open and warm in meetings." I gave Josh the feedback (in writing) that those are sentiments that are commonly associated with gender bias and suggests a double standard between men and women at ezCater. In fact the meeting that he pointed to was a great example of this double standard: multiple men in the meeting reiterated my point and did so very directly and without smiles and they did not receive this negative feedback.
- Shortly after this, Josh announced that he would be hiring a layer between me and him and I would not be considered for the role. At the same time he took away 75% of my scope. This didn't come with any justification or strategic rationale and quite frankly appears like retaliation for me suggesting gender bias.
- On January 18th Josh delivered feedback to me that there was a "perception that I was controlling." When I asked for specific examples, Josh had only one: that I scheduled a meeting on behalf of one of my employees while she was out on leave (the meeting occurred when she was newly back). I told Josh that I did not feel like this was a sufficient example to warrant the feedback. It was this January 18th meeting that Josh pointed to when firing me.
- May 23rd, when in Boston for an offsite, I was followed back to my hotel by an ezCater VP after a team dinner and drinks. I repeatedly stated that I wanted to walk back on my own, but this VP did not relent. I was able to get safely to my hotel room; however, after this incident, the VP started giving Josh negative feedback about my performance whereas previously there had been none.
- On July 18th, I pointed out some potential racial bias (the recruiter agreed) that occured during an interview for a PM. After this, the person who I cited and their manager started acting vindictively, including providing negative feedback to Josh (and later Janiece) about me that was not rooted in reality nor came with any concrete examples.
- It feels important to note at ezCater, I was given a performance raise and have never had any formal feedback nor been put on a performance improvement plan. In my past roles at Wayfair and Amazon I was continually a top-performer at senior levels.

**Some other worrisome signs:**

- Two PM's on the same team have equal performance and room to grow (as determined by their manager) and Josh asked their manager to put the female on a performance plan and asked to, "help the male."
- Two female analysts left within six months of starting.
- A product director left ezCater (my understanding was that he left because of an HR incident). This director had two female employees, Josh let one female PM go (my understanding is that the new manager did not agree w/ this decision) and Josh asked the new manager to put the other female PM on a PIP.
- One female PM (also from Amazon and highly qualified) lasted less than six months.
- A manager was asked by Josh to put a female employee on a performance plan and the manager did not agree due to not recognizing any performance issues.
- A product director was reprimanded and experienced retaliation by Josh for bringing a complaint to HR.

By writing this, my aim is to provide you with a clearer understanding of the situation, fostering efforts to make ezCater a more inclusive workplace. I hope that some positive outcomes can arise from my termination.

Warmly,
Ashleigh

---

**Ashwin Raj** <ashwin.raj@ezcater.com>                                                      Wed, Feb 14 at 3:28 PM
To: Ashleigh Corker <ashleighcorker@gmail.com>
Cc: Ashleigh Corker <ashleigh.corker@ezcater.com>, Janine Allo <janine.allo@ezcater.com>, Diane Musi <diane.musi@ezcater.com>

Ashleigh,

Thank you very much for taking the time to prepare and share this information. ezCater and I take allegations of discrimination very seriously, and we will be investigating the discrimination concerns you've raised. It would be helpful to the investigation if you would speak with the investigator whom we engage.

Janine will be in touch with you this week to confirm your willingness to do that.

I wish you the very best in your future pursuits.

Regards,
Ashwin



[Quoted text hidden]

---

**Janine Allo** <janine.allo@ezcater.com>                                                    Sat, Feb 17 at 7:01 AM
To: AshleighCorker@gmail.com <AshleighCorker@gmail.com>

Hi Ashleigh,
I am following up as Ashwin indicated in his email. And as he said we take these allegations very seriously. We are engaging a third party to conduct an investigation. Would you be willing to talk with them when we do? I would introduce you to them and you would schedule directly with them at your convenience.
Also can you confirm this email is the best way to contact you?
Thank you,
Janine

**Janine Allo, Ed.D.** (She/Her/Hers)



**Chief People and Culture Officer**
800-488-1803
40 Water St, 5th FL, Boston, MA 02109



[Quoted text hidden]

---

**Ashleigh Corker** <ashleighcorker@gmail.com>                    Sat, Feb 17 at 1:02 PM
To: Janine Allo <janine.allo@ezcater.com>

Hi Janine,

This is the best email to reach me at.

I appreciate you and ezCater taking this seriously. I would like to participate in the investigation – I just need to run it by my lawyer first (he is out of the office until 2/21).

Thank you,
Ashleigh
[Quoted text hidden]

---

**Janine Allo** <janine.allo@ezcater.com>                    Sat, Feb 17 at 2:37 PM
To: Ashleigh Corker <ashleighcorker@gmail.com>

Thanks Ashleigh.
I will be in touch when I have the name and contact for the investigator. You can let me know after the 21st if you would like to proceed.
Thanks again,
[Quoted text hidden]