# Exhibit C

# Principal Product Manager, Fulfillment Operations (Remote)

**EZCATER**
**| BOSTON, MA, USA | REMOTE**
**EMPLOYER PROVIDED SALARY: 175,000-231,000 ANNUALLY**
**Sorry, this job was removed at 10:06 p.m. (EST) on Thursday, February 22, 2024**

### Find out who's hiring in Greater Boston Area.
See all **Product** jobs in **Greater Boston Area**
**VIEW 235 JOBS**

ezCater is the most trusted provider of corporate food solutions and is purpose-built for business. ezCater's corporate food platform and flexible, scalable food solutions allow organizations to centralize and track their food spend, and fulfill everything from daily employee meals to client meetings and company all-hands. ezCater backs this up with business-grade, best-in-class, customer service and an unmatched nationwide footprint. We're backed by top investors including Insight, Iconiq, Lightspeed, GIC, SoftBank, and Quadrille.

We're looking for a **Principal Product Manager, Fulfillment Operations,** to drive the product strategy and roadmap for achieving operational excellence in a key area of our fulfillment operations. You'll deeply understand the needs of our fulfillment partners (restaurants, delivery drivers, customer service agents) and the different levers for executing flawless catering orders for our customers. You'll work closely with engineering, analytics, design, operations, customer service, and several other teams to develop and execute solutions in a fast-paced, data-driven environment, with immediate impact to the business.

Sound exciting? Let's talk!

### What You'll Do:

- Drive the vision and develop a roadmap for an area of Fulfillment Operations product strategy, in strong partnership with our Operations team
- Build deep empathy for ezCater catering partners, delivery partners, internal teams and end customers

- Lead product initiatives across a cross-functional team including Operations, Design, Research, Engineering, Data Analysis, and other Product Managers in a fast-paced, agile-inspired environment
- Identify and develop relationships with strategic partners in the restaurant and restaurant-tech ecosystem that may aid in achieving our operational excellence goals
- Manage application development from conception through design, build, release, analysis and iteration
- Create and monitor the ongoing metrics that measure and define success
- Have fun building meaningful software with awesome people

**When You Start:**

By day 30 you will:

- Understand the needs of the variety of potential customers you'll be solving for and start to develop a strong sense of empathy for them
- Be providing immediate and early value, organizing existing work, asking good questions, and figuring out what you need to learn to become more effective
- Have internalized the key metrics for your domain and key analytics and experimentation tools
- Have internalized the company direction, and early decisions around target customer / market focus

By day 60 you will:

- Have a solid working relationship established with the operations, design, analytics, marketing and development team members
- Lead the build, measure, learn loop process to validate hypothesis
- Lead product direction and adjust the prior plan based on what you've learned

By day 90 you will:

- Be a driving force within the company, actively contributing to cross-team new category vertical formation and execution
- Independently lead all execution and generate most of the strategy in your owned domain

**What You Have**:

- 7+ years product management or equivalent work experience
- A demonstrated track record of driving operational excellence across highly technical and operationally complex domains
- Deep analytical ability, comfort working with and manipulating data, building hypotheses, and identifying high leverage opportunities
- Strong teamwork and collaboration skills; you're happy and capable partnering with team members, managing expectations, and bringing your partners along on the product journey
- A flexible mindset that is open to change and new information. You're first to understand when team behaviors and work methods need to adapt to new information
- Goal orientation and demonstrated record executing a range of projects. You're motivated to deliver exceptional results, driven by a strong work ethic
- Entrepreneurial spirit; a self-starter who thrives in a fast paced environment, deals well with ambiguity and focuses on driving impact
- A sharp mind, a soft heart and a large funny bone

*The national cash compensation range for this role is $175,000 - $231,000\* per year.*

*\*Please note: Final offer amounts are determined by multiple factors, including prior experience, expertise and region & may vary from the amount above. This range does not represent additional compensation benefits (such as equity, 401K or medical, dental or vision insurance).*

ezCater does not sponsor applicants for work visas or legal permanent residence.

**What You'll Get from Us:**

You'll get a terrifically compelling opportunity, in an environment of radical transparency, open access to all the data, and collaborative colleagues at every level of our organization. You'll also get sane working hours and great flexibility around work/life balance.

Have people in your life – of any age – who always, often, or sometimes need your help? We make room for that. Have a bad thing or a good thing happen to you? We make room for that, too.

Oh, and you'll get all this: Market salary, stock options that you'll help make worth a lot, the usual holidays, all-you-can-eat vacation, 401K with ezCater match, health/dental/FSA, long-term disability insurance, remote-hybrid work from our awesome Boston or Denver offices OR your home OR a mixture of both home and office (you choose!), a tremendous amount of responsibility and autonomy, wicked awesome co-workers, cupcakes (and many more goodies) when you're in one of our offices, and knowing that you helped get this rocket ship to the moon.

ezCater is an equal opportunity employer. We embrace humans of every background, appearance, race, religion, color, national origin, gender, gender identity, sexual orientation, age, marital status, veteran status, and disability status. At the same time, we do not employ jerks, even brilliant ones.

For information on how ezCater collects and uses job applicants' personal information, please visit our Job Applicant Privacy Policy. #LI-Remote

#BI-Remote