# Exhibit D

--------- Forwarded message ---------
From: **People Team** <peopleteam@ezcater.com>
Date: Tue, Apr 2, 2024 at 2:31 PM
Subject: Re: Medical Leave
To: David Koi <david.koi@ezcater.com>

Anytime!

**Take care,**



**People Team**

800-488-1803 **f:** 855-851-3043
40 Water St, 5th FL, Boston, MA 02109



ezCater is the most trusted provider of corporate food solutions. With over 100,000 restaurants across the US on its platform, ezCater provides flexible and scalable food solutions for everything from recurring employee meals to one-off events such as sales calls and board meetings. ezCater is purpose-built for food for work and supported by best-in-class customer service, enabling companies to centralize and manage their food spend in a single, customizable platform. To explore corporate food solutions or place a catering order, visit www.ezcater.com.

On Tue, Apr 2, 2024 at 1:30 PM David Koi <david.koi@ezcater.com> wrote:
I understand. I've reached out to my healthcare providers already with the forms. I'm not too concerned that it will take longer than 2 weeks but will keep you updated if anything changes.

Thank you so much

On Tue, Apr 2, 2024 at 2:18 PM People Team <peopleteam@ezcater.com> wrote:
Hi David,

The paperwork is due back to me no later than 4/17. If you plan to start your leave on 4/8, that is okay. The leave will be pending until we get the paperwork. If the paperwork is not in by 4/17 and you have not reached out for an extension, the leave request will be denied.

Does that help?

**Take care, Vada**



**People Team**

800-488-1803 **f:** 855-851-3043
40 Water St, 5th FL, Boston, MA 02109



ezCater is the most trusted provider of corporate food solutions. With over 100,000 restaurants across the US on its platform, ezCater provides flexible and scalable food solutions for everything from recurring employee meals to one-off events such as sales calls and board meetings. ezCater is purpose-built for food for work and supported by best-in-class customer service, enabling companies to centralize and manage their food spend in a single, customizable platform. To explore corporate food solutions or place a catering order, visit www.ezcater.com.

On Tue, Apr 2, 2024 at 1:12 PM David Koi <david.koi@ezcater.com> wrote:
Could you clarify what you mean by "the paperwork is due back in the office within 15 days"?

Does that mean I have 15 days as of my request now to get the paperwork done? Or 15 days after I start leave?

I was hoping to start leave either on the 8th or 15th of this month.

Thank you for your reply,
David

On Tue, Apr 2, 2024 at 1:20 PM People Team <peopleteam@ezcater.com> wrote:
Hello David,

My apologies for the delay. I was out of the office yesterday.
You are eligible for up to 20 weeks of medical leave; for your serious health condition. Medical leave is 100% paid for the first 12 weeks and then reduced to 75% pay for weeks 13 - 20.
I have attached the medical certification your provider will need to complete for you to apply for a medical leave. The paperwork is due back in the office within 15 days. If you need additional time to return the medical, feel free to reach out for an extension. Once the paperwork is received, you will receive a decision email, which your manager will be cc'd on. If you have an actual date in mind when you plan to start your leave, please let me know.

I have also attached additional resources for EAP and modern health if needed.

Let me know if you have any questions.

**Take care, Vada**



**People Team**

800-488-1803 **f:** 855-851-3043
40 Water St, 5th FL, Boston, MA 02109



**FOOD FOR WORK**

ezCater is the most trusted provider of corporate food solutions. With over 100,000 restaurants across the US on its platform, ezCater provides flexible and scalable food solutions for everything from recurring employee meals to one-off events such as sales calls and board meetings. ezCater is purpose-built for food for work and supported by best-in-class customer service, enabling companies to centralize and manage their food spend in a single, customizable platform. To explore corporate food solutions or place a catering order, visit www.ezcater.com.

On Mon, Apr 1, 2024 at 4:25 PM David Koi <david.koi@ezcater.com> wrote:
Hello,

Could someone please help answer my question? This is very time sensitive for me.

David

On Mon, Apr 1, 2024 at 12:05 PM David Koi <david.koi@ezcater.com> wrote:
Hi there,

My doctor and therapist have recommended that I take time off from work as soon as possible. I saw that we offer paid medical leave for employees on confluence. Could someone help me figure out what documents I need to provide?

I understand that a note is needed from my doctor. Is there a special format or template they need to fill out?

Thank you
David

--
David Han Koi